1 | JEFFREY H. NEWHOUSE, VA Bar No. 88402
jeffrey.newhouse@jacksonlewis.com
2 | JACKSON LEWIS P.C.
701 East Byrd Street, 17th Floor
3 | Richmond, VA 23219
Telephone: (804) 649-0404
4 | Facsimile: (804) 649-0403
Appearing *Pro Hac Vice*

DAVID S. BRADSHAW, CA Bar No. 44888
bradshawd@jacksonlewis.com
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant
XPO LAST MILE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMON GARCIA, an individual; VICTOR RAMIREZ, an individual; ADRIAN VALENTE, an individual; MARIO PINON, an individual; MYNOR CABRERA, an individual; Individually, and on Behalf of All Similarly Situated Individuals, <br><br> Plaintiffs, <br><br> v. <br><br> MACY'S WEST STORES, INC., an Ohio corporation; JOSEPH ELETTO TRANSFER, INC., a New York corporation; XPO LOGISTICS, LLC, an Ohio corporation; and DOES 1 through 25, Inclusive, <br><br> Defendants. | Case No. 3:16-cv-04440-WHO <br><br> **CLASS ACTION** <br><br> **DEFENDANT XPO LAST MILE, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL; ORDER** |

/ / /

/ / /

/ / /

/ / /

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that, subject to approval by the Court pursuant to Civil Local Rule 11-5, Defendant XPO Last Mile, Inc. ("XPO") hereby moves the Court for an order allowing the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., including James Clay Rollins, Susan Tianyan Ye and Becki Diana Graham to WITHDRAW as attorneys for XPO in this action and SUBSTITUTE Jackson Lewis P.C. as the law firm representing XPO in this action. Jeffrey H. Newhouse continues to represent XPO in this action as the lead attorney of record, and was previously admitted *pro hac vice* (ECF No. 27). David S. Bradshaw of Jackson Lewis, P.C., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California, has agreed to serve as California counsel. The new contact information for Mr. Newhouse is as follows:

>JEFFREY H. NEWHOUSE, VA Bar No. 88402
>jeffrey.newhouse@jacksonlewis.com
>JACKSON LEWIS P.C.
>701 East Byrd Street, 17th Floor
>Richmond, VA 23219
>Telephone: (804) 649-0404
>Facsimile: (804) 649-0403

Mr. Bradshaw's contact information is as follows:

>DAVID S. BRADSHAW, CA Bar No. 44888
>bradshawd@jacksonlewis.com
>JACKSON LEWIS P.C.
>400 Capitol Mall, Suite 1600
>Sacramento, CA 95814
>Telephone: (916) 341-0404
>Facsimile: (916) 341-0141

All parties consent to the requested substitution as follows:

I consent to the above substitution.

DATED: April 11, 2017                           XPO LAST MILE, INC.


                                                By: /s/ *Benjamin Faino*
                                                    Benjamin Faino

/ / /

/ / /

2

/ / /

I consent to being substituted.

DATED: April 11, 2017                                  OGLETREE, DEAKINS, NASH
                                                       SMOAK & STEWART, P.C.


                                                       By: /s/ *Becki Diana Graham*
                                                              Becki Diana Graham

   I consent to the above substitution.

DATED: April 11, 2017                                  JACKSON LEWIS P.C.


                                                       By: /s/ *Jeffrey H. Newhouse*
                                                              Jeffrey H. Newhouse

## **LOCAL RULE 5-1 ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that the concurrence in the filing of this document has been obtained from each of the other signatories shown above.

Dated: April 11, 2017                                  JACKSON LEWIS P.C.


                                                       By: /s/ *Jeffrey H. Newhouse*
                                                              Jeffrey H. Newhouse

## **ORDER**

The substitution of counsel is hereby approved and so ORDERED.

Dated: April 12, 2017

                                                       Hon. William H. Orrick
                                                       United States District Judge

3

Defendant XPO Last Mile, Inc.'s Notice of Substitution
of Counsel; Order                                                      Case No. 3:16-cv-04440-WHO