UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON GARCIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MACY'S WEST STORES, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-04440-WHO<br><br>**ORDER GRANTING STIPULATION RE ALLOCATION AND FINAL HEARING**<br><br>Re: Dkt. No. 117 |

Plaintiffs' Stipulation to Adjust the Settlement Allocation and Reset Final Approval Hearing Date is GRANTED. The **March 11, 2020 hearing is VACATED**.

The Settlement allocation for costs of administration and notice (including the publication and radio notice required by the Preliminary Approval Order) is raised and shall not exceed $80,000.

The Court extends the schedule as follows:

Complete Additional Searches/Campaign: **April 27, 2020**

Re-mail Class Notices: **May 4, 2020**

Final Approval and Fee Motion Due: **June 3, 2020**

Opt-Out Deadline For Re-mailed Notices and Objections: **June 30, 2020**

Final Approval Hearing: **July 8, 2020, 2:00 p.m. in Courtroom 2, 17th Floor.**

**IT IS SO ORDERED.**

Dated: March 10, 2020

William H. Orrick
United States District Judge